# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re | Chapter 11<br>Bky Case No.: 09-44755 |
| Hage Construction Co., | |
| Debtor. | |

## APPLICATION FOR CONDITIONAL APPROVAL OF SMALL BUSINESS DISCLOSURE STATEMENT

Hage Construction Co. ("Debtor"), in support of this Application for Conditional Approval of Small Business Disclosure Statement ("Application") and through its undersigned counsel, states the following:

1. Debtor filed its petition for relief under Chapter 11 of the Bankruptcy Code on July 21, 2009.

2. Debtor is a "small business" as that term is defined in 11 U.S.C. § 101(51C).

3. Debtor has filed a proposed Combined Plan and Disclosure Statement ("Plan") with the Court dated July 31, 2009.

4. No committee of unsecured creditors has been appointed in this case.

5. Debtor is serving the Plan and Application on the United States Trustee.

6. Debtor requests that, unless the U.S. Trustee files any objections within seven (7) days, the Court enter an order conditionally approving the Plan for purposes of 11 U.S.C. § 1125(f), and that a hearing on adequacy of the information provided in the Plan be combined with the hearing on confirmation of the Plan.

7. If the U.S. Trustee or any other party files an objection to this Application, Debtor requests that the Court set the matter on for hearing.

Dated: August 3, 2009

HINSHAW & CULBERTSON LLP

By: /e/ Jamie R. Pierce
Jamie R. Pierce (0305054)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone: 612-333-3434

ATTORNEYS FOR DEBTOR