# EXHIBIT A - SCHEDULE OF EXECUTORY CONTRACTS

As of the Filing Date, the Debtor was a party to the contracts described below. To the extent that they are executory contracts, the contracts specified will be assumed or rejected on the terms described below, with the assumption or rejection being effective **as of the date on which an order confirming the plan is entered**. The Debtor is current on all obligations under the contracts that will be assumed, and the assumption will not give rise to any cure obligations or any other claims, except as may arise under the ordinary terms of those agreements. From and after the time of assumption, the contracts will continue to be effective according to their terms, but, notwithstanding any term to the contrary, neither the filing of the Bankruptcy Case nor anything related to the administration of the Bankruptcy Case will be deemed an event of default to the contracts.

## Insurance Contracts

The Debtor is party to several insurance contracts, including those related to worker's compensation; commercial liability; employee health, life, and dental coverage; and hazard insurance (all such contracts will be referred to as the "Insurance Contracts"). The other parties to the Insurance Contracts include general liability insurance from The Hartford and workers compensation insurance from The Builders Group. The Debtor was in compliance with all terms of the Insurance Contracts as of the Filing Date, and has remained in compliance during the Bankruptcy Case.

The Debtor will assume the Insurance Contracts, with the assumption being effective as of the date on which an order confirming the Plan is entered. Assumption of the Insurance Contracts will not give rise to any cure obligations or any other claims, except as may arise under the ordinary terms of the lease. From and after assumption, the Insurance Contracts will continue to be effective according to their terms, but, notwithstanding any term to the contrary, neither the filing of the bankruptcy case nor anything related to its administration will be deemed an event of default or an event otherwise giving rise to any rights in favor of the other party to any relevant contract.

## Lease with HD Properties, Inc.

The Debtor is a party to lease for real property with HD Properties, LLC, an entity 50% owned by Oliver Hage. The monthly rental of $5,500 is for approximately 9000 square feet inside, and a large outdoor gated lot sufficient for parking the Debtor's vehicles. The lease payment is no greater than fair market value and is necessary to the continued operation of the Debtor's business. The Debtor has been in compliance with the terms of the lease at all times before and during the case.

The Debtor will assume the lease, with the assumption being effective as of the date on which an order confirming the Plan is entered. Assumption of the lease will not give rise to any cure obligations or any other claims, except as may arise under the ordinary terms of the lease. From and after assumption, the leases will continue to be effective according to its terms, but, notwithstanding any term to the contrary, neither the filing of the bankruptcy case nor anything

related to its administration will be deemed an event of default or an event otherwise giving rise to any rights in favor of the other party to the lease.

**Hage Construction Company**
4164 Hage Concrete Work
5200 W. 74th St.
Edina, MN 5649

## Profit & Loss [Budget]
August 2009 through December 2009

| | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| **Sales** | | | | | | |
| Residential Sales | $280,250.31 | $394,419.03 | $318,159.01 | $198,207.25 | $115,757.26 | $1,282,112.86 |
| Total Sales | $280,250.31 | $394,419.03 | $318,159.01 | $198,207.25 | $115,757.26 | $1,282,112.86 |
| Total Income | $280,250.31 | $394,419.03 | $318,159.01 | $198,207.25 | $115,757.26 | $1,282,112.86 |
| | | | | | | |
| **Cost Of Sales** | | | | | | |
| **Cost of Material** | | | | | | |
| Materials & Supplies | $54,679.13 | $77,477.53 | $83,263.93 | $38,717.29 | $61,622.56 | $315,760.44 |
| Licenses & Permits | $1,024.22 | $545.00 | $641.26 | $507.01 | $150.00 | $2,867.49 |
| Rental Equipment | $544.59 | $46.77 | $606.13 | $557.08 | $81.17 | $1,835.74 |
| Total Cost of Material | $56,247.94 | $78,069.30 | $84,511.32 | $39,781.38 | $61,853.73 | $320,463.67 |
| **Labor Costs** | | | | | | |
| Production Wages | $80,000.00 | $80,000.00 | $80,000.00 | $40,000.00 | $5,000.00 | $285,000.00 |
| Temporary Labor | $136.50 | $205.34 | $122.84 | $0.00 | $0.00 | $464.68 |
| Subcontractors | $61,546.62 | $146,830.80 | $73,061.23 | $57,347.42 | $5,950.25 | $344,736.32 |
| Total Labor Costs | $141,683.12 | $227,036.14 | $153,184.07 | $97,347.42 | $10,950.25 | $630,201.00 |
| Total Cost Of Sales | $197,931.06 | $305,105.44 | $237,695.39 | $137,128.80 | $72,803.98 | $950,664.67 |
| | | | | | | |
| Gross Profit | $76,149.25 | $83,143.59 | $74,293.62 | $54,908.45 | $36,783.28 | $325,278.19 |
| | | | | | | |
| **Expenses** | | | | | | |
| **Advertising** | | | | | | |
| Advertising Expense | $1,000.00 | $500.00 | $500.00 | $500.00 | $500.00 | $3,000.00 |
| Web Site | $34.95 | $34.95 | $34.95 | $34.95 | $34.95 | $174.75 |
| Total Advertising | $1,034.95 | $534.95 | $534.95 | $534.95 | $534.95 | $3,174.75 |
| **Automobile Expense** | | | | | | |
| Vehicle Expense | $52.47 | $805.42 | $851.53 | $1,402.79 | $197.44 | $3,309.65 |
| Truck Exp - Fuel | $1,454.01 | $1,158.62 | $609.10 | $195.28 | $61.53 | $3,478.54 |
| Auto Exp - Fuel | $6,343.96 | $9,910.48 | $5,842.49 | $856.68 | $261.23 | $23,214.84 |
| Vehicle Insurance | $0.00 | $635.00 | $164.75 | $65.00 | $0.00 | $864.75 |
| Vehicle Repairs | $5,291.67 | $1,201.04 | $738.55 | $493.84 | $183.43 | $7,908.53 |



tabbles®

EXHIBIT

| | | | | | | |
|---|---|---|---|---|---|---|
| Equipment Repairs | $70.13 | $2,262.41 | $721.24 | $99.91 | $522.49 | $3,676.18 |
| Total Automobile Expense | $13,212.24 | $15,972.97 | $8,927.66 | $3,113.50 | $1,226.12 | $42,452.49 |
| Communications | | | | | | |
| Cellular | $500.00 | $500.00 | $500.00 | $300.00 | $200.00 | $2,000.00 |
| Telephone - landline | $114.00 | $114.00 | $114.00 | $114.00 | $114.00 | $570.00 |
| Total Communications | $614.00 | $614.00 | $614.00 | $414.00 | $314.00 | $2,570.00 |
| Commissions | | | | | | |
| Total Commissions | $4,531.29 | $9,603.72 | $8,339.47 | $9,742.16 | $11,307.38 | $43,524.02 |
| General Liability | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $7,500.00 |
| Office Expense | | | | | | |
| Office Expense & Supplies | $456.26 | $231.53 | $397.04 | $331.65 | $406.85 | $1,823.33 |
| Computer Software <$500 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 |
| Computer Hardware <$500 | $0.00 | $0.00 | $175.00 | $0.00 | $0.00 | $175.00 |
| Total Office Expense | $806.26 | $231.53 | $572.04 | $331.65 | $406.85 | $2,348.33 |
| Professional Expenses | | | | | | |
| Accounting | $0.00 | $0.00 | $0.00 | $1,837.50 | $0.00 | $1,837.50 |
| Legal | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $2,500.00 |
| Bank Fees | $406.04 | $200.00 | $290.71 | $210.29 | $362.17 | $1,469.21 |
| Postage Expense | $103.80 | $68.15 | $113.08 | $51.40 | $88.69 | $425.12 |
| Total Professional Expenses | $1,009.84 | $768.15 | $903.79 | $2,599.19 | $950.86 | $6,231.83 |
| Rent | | | | | | |
| Rent | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $27,500.00 |
| Total Rent | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $27,500.00 |
| Repairs & Maintenance | $0.00 | $0.00 | $91.94 | $0.00 | $0.00 | $91.94 |
| Salaries & Wages | | | | | | |
| Administrative Salaries | $14,500.00 | $14,500.00 | $14,500.00 | $7,250.00 | $0.00 | $50,750.00 |
| Officer Salary | $6,200.00 | $6,200.00 | $6,200.00 | $6,200.00 | $6,200.00 | $31,000.00 |
| Payroll Expenses | $13,392.70 | $11,068.36 | $12,937.18 | $5,957.10 | $1,902.36 | $45,257.70 |
| Medical Insurance | $2,200.00 | $2,200.00 | $2,200.00 | $1,100.00 | $100.00 | $7,800.00 |
| 401K Expense | $1,354.29 | $1,779.97 | $1,192.23 | $422.38 | $845.00 | $5,593.87 |
| Insurance - Work Comp | $6,261.00 | $6,261.00 | $6,261.00 | $6,261.00 | $1,973.00 | $27,017.00 |
| Payroll Service | $0.00 | $1,341.59 | $287.32 | $163.45 | $342.52 | $2,134.88 |
| Total Salaries & Wages | $43,907.99 | $43,350.92 | $43,577.73 | $27,353.93 | $11,362.88 | $169,553.45 |
| Trash | $655.00 | $645.00 | $320.00 | $300.00 | $315.00 | $2,235.00 |
| Total Expenses | $72,771.57 | $78,721.24 | $70,881.58 | $51,404.38 | $33,403.04 | $307,181.81 |
| Operating Profit | $3,377.88 | $4,422.35 | $3,412.04 | $3,504.07 | $3,380.24 | $18,098.38 |
| Other Income | | | | | | |
| Other Expenses | | | | | | |
| Interest Expense | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $2,500.00 |
| Loan Payment (Class 2 & 3) | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $30,850.00 |
| Taxes | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MN Income Tax | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Total Taxes | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Total Other Expenses | $6,670.00 | $7,170.00 | $6,670.00 | $6,670.00 | $6,670.00 | $33,850.00 |
| Net Profit(50% to Class 1 annually) | $877.68 | $1,422.35 | $912.04 | $1,004.07 | $880.24 | $5,096.38 |

Class 1 payment=$2500.00

# Hage Construction Company

Profit & Loss [Budget]

January 2010 through December 2010

| | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Sales | | | | | | |
| Residential Sales | $34,320.00 | $28,670.00 | $45,215.33 | $237,468.49 | $250,490.25 | $311,897.25 |
| Total Sales | $34,320.00 | $28,670.00 | $45,215.33 | $237,468.49 | $250,490.25 | $311,897.25 |
| Total Income | $34,320.00 | $28,670.00 | $45,215.33 | $237,468.49 | $250,490.25 | $311,897.25 |
| **Cost Of Sales** | | | | | | |
| Cost of Material | | | | | | |
| Materials & Supplies | $1,000.00 | $500.00 | $533.01 | $29,095.25 | $39,182.68 | $51,157.32 |
| Licenses & Permits | $40.00 | $100.00 | $161.72 | $2,086.57 | $205.44 | $990.90 |
| Uniforms | $0.00 | $0.00 | $660.35 | $0.00 | $0.00 | $0.00 |
| Rental Equipment | $0.00 | $0.00 | $0.00 | $440.69 | $299.32 | $179.29 |
| Total Cost of Material | $1,040.00 | $600.00 | $1,355.08 | $31,622.51 | $39,687.44 | $52,327.51 |
| Labor Costs | | | | | | |
| Production Wages | $657.00 | $0.00 | $0.00 | $86,105.89 | $90,456.58 | $80,349.12 |
| Temporary Labor | $0.00 | $0.00 | $0.00 | $428.68 | $136.89 | $248.68 |
| Subcontractors | $5,130.00 | $0.00 | $750.00 | $45,044.00 | $47,991.40 | $52,281.00 |
| Total Labor Costs | $5,787.00 | $0.00 | $750.00 | $131,578.57 | $138,584.87 | $132,878.80 |
| Total Cost Of Sales | $6,827.00 | $600.00 | $2,105.08 | $163,201.08 | $178,272.31 | $185,206.31 |
| **Gross Profit** | $21,323.00 | $21,900.00 | $36,940.25 | $68,097.41 | $66,047.94 | $120,520.94 |
| **Expenses** | | | | | | |
| Advertising | | | | | | |
| Advertising Expense | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Web Site | $34.95 | $34.95 | $34.95 | $34.95 | $34.95 | $34.95 |
| Total Advertising | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 |

| | | | | | |
|---|---|---|---|---|---|
| Automobile Expense | | | | | |
| Vehicle Expense | $0.00 | $98.00 | $2,267.63 | $633.59 | $600.00 |
| Truck Exp - Fuel | $81.24 | $0.00 | $5.09 | $196.00 | $750.02 |
| Auto Exp - Fuel | $72.24 | $83.68 | $316.99 | $1,605.36 | $2,645.55 |
| Vehicle Repairs | $0.00 | $61.30 | $1,553.71 | $8,090.35 | $4,080.57 |
| Equipment Repairs | $0.00 | $0.00 | $0.00 | $437.31 | $2,143.05 |
| Total Automobile Expense | $153.48 | $242.98 | $4,143.42 | $10,962.61 | $9,919.19 |
| Communications | | | | | |
| Cellular | $276.41 | $275.00 | $650.00 | $650.00 | $650.00 |
| Telephone - landline | $114.11 | $114.11 | $114.11 | $114.11 | $114.11 |
| Total Communications | $390.52 | $389.11 | $764.11 | $764.11 | $764.11 |
| Commissions | $0.00 | $0.00 | $1,000.00 | $6,946.89 | $45,000.00 |
| Entertainment & Meals | $0.00 | $0.00 | $321.80 | $200.50 | $487.49 |
| General Liability | $148.76 | $2,475.16 | $2,576.75 | $2,380.39 | $3,568.92 |
| MN Unemployment Insurance | $0.00 | $0.00 | $0.00 | $1,307.39 | $0.00 |
| Office Expense | | | | | |
| Office Expense & Supplies | $221.46 | $443.21 | $484.77 | $284.06 | $566.69 |
| Total Office Expense | $221.46 | $443.21 | $484.77 | $419.12 | $566.69 |
| Professional Expenses | | | | | |
| Accounting | $1,050.00 | $0.00 | $1,205.00 | $460.00 | $0.00 |
| Bank Fees | $119.72 | $63.37 | $119.46 | $388.31 | $771.78 |
| Postage Expense | $164.80 | $16.53 | $22.40 | $33.15 | $131.95 |
| Total Professional Expenses | $1,334.52 | $79.90 | $1,346.86 | $881.46 | $153.90 |
| Rent | | | | | |
| Rent | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| Total Rent | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| Repairs & Maintenance | $976.30 | $1,240.09 | $12.13 | $0.00 | $0.00 |
| Salaries & Wages | | | | | |
| Administrative Salaries | $0.00 | $0.00 | $7,250.00 | $14,500.00 | $14,500.00 |
| Officer Salary | $6,200.00 | $6,200.00 | $6,200.00 | $6,200.00 | $6,200.00 |
| Payroll Expenses | $1,467.55 | $1,068.16 | $1,220.15 | $8,945.39 | $11,432.02 |
| Medical Expense | $0.00 | $60.00 | $0.00 | $549.15 | $16,878.24 |
| Medical Insurance | $0.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 |
| 401K Expense | $84.00 | $67.20 | $67.20 | $304.57 | $346.28 |
| Insurance - Work Comp | $266.00 | $18.00 | $1,998.00 | $4,025.00 | $1,988.44 |
| Payroll Service | $735.10 | $124.21 | $139.21 | $168.47 | $6,261.00 |
| Total Salaries & Wages | $8,752.65 | $7,537.57 | $17,094.56 | $34,316.43 | $48,115.32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Trash | $0.00 | $0.00 | $0.00 | $305.00 | $610.00 | $330.00 |
| Total Expenses | $18,512.64 | $18,942.97 | $34,279.35 | $65,397.51 | $62,502.04 | $115,638.57 |
| Operating Profit | $2,810.36 | $2,957.03 | $2,660.90 | $2,699.90 | $3,545.90 | $4,882.37 |
| Other Income | | | | | | |
| Other Expenses | | | | | | |
| Loan Payment (Class 2 & 3) | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 |
| Total Other Expenses | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 |
| Net Profit (50% to Class 1 annually) | $810.36 | $957.03 | $660.90 | $699.90 | $1,545.90 | $2,882.37 |



| | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|
| | $328,893.95 | $297,563.81 | $491,581.93 | $348,159.01 | $212,732.21 | $112,885.26 | $2,669,877.49 |
| | $328,893.95 | $297,563.81 | $491,581.93 | $348,159.01 | $212,732.21 | $112,885.26 | $2,669,877.49 |
| | $328,893.95 | $297,563.81 | $491,581.93 | $348,159.01 | $212,732.21 | $112,885.26 | $2,669,877.49 |
| | $68,146.13 | $54,679.13 | $79,477.00 | $85,632.95 | $38,717.29 | $61,622.00 | $509,742.76 |
| | $878.49 | $1,024.22 | $545.00 | $641.26 | $500.00 | $150.00 | $7,323.60 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $660.35 |
| | $104.20 | $544.59 | $76.97 | $606.13 | $550.00 | $85.00 | $2,886.19 |
| | $69,128.82 | $56,247.94 | $80,098.97 | $86,880.34 | $39,767.29 | $61,857.00 | $520,612.90 |
| | $86,105.89 | $91,777.26 | $85,402.26 | $103,823.76 | $56,025.86 | $6,000.00 | $686,703.62 |
| | $0.00 | $0.00 | $425.00 | $540.00 | $600.00 | $200.00 | $2,579.25 |
| | $86,379.67 | $61,607.46 | $146,830.80 | $73,061.23 | $57,347.42 | $6,000.00 | $582,422.98 |
| | $172,485.56 | $153,384.72 | $232,658.06 | $177,424.99 | $113,973.28 | $12,200.00 | $1,271,705.85 |
| | $241,614.38 | $209,632.66 | $312,757.03 | $264,305.33 | $153,740.57 | $74,057.00 | $1,792,318.75 |
| | $81,109.57 | $81,761.15 | $172,654.90 | $77,683.68 | $52,821.64 | $32,658.26 | $833,518.74 |
| | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $12,000.00 |
| | $34.95 | $34.95 | $34.95 | $34.95 | $34.95 | $34.95 | $419.40 |
| | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $12,419.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| $1,381.29 | $52.47 | $91,084.00 | $851.53 | $1,402.79 | $200.00 | $98,871.30 |
| $982.66 | $1,565.02 | $1,328.24 | $609.10 | $200.00 | $65.00 | $6,412.24 |
| $7,487.85 | $6,543.96 | $9,910.48 | $5,842.49 | $900.00 | $300.00 | $37,296.10 |
| $3,538.31 | $0.00 | $0.00 | $738.55 | $500.00 | $195.00 | $21,620.02 |
| $2,278.36 | $5,291.67 | $1,201.04 | $751.68 | $100.00 | $550.00 | $12,869.86 |
| $15,668.47 | $13,453.12 | $103,523.76 | $8,793.35 | $3,102.79 | $1,310.00 | $177,069.52 |
| $650.00 | $650.00 | $650.00 | $650.00 | $275.00 | $275.00 | $6,301.41 |
| $114.11 | $114.11 | $114.11 | $114.11 | $114.11 | $114.11 | $1,369.32 |
| $764.11 | $764.11 | $764.11 | $764.11 | $389.11 | $389.11 | $7,670.73 |
| $1,357.86 | $4,531.29 | $9,603.72 | $8,339.47 | $9,742.16 | $11,000.00 | $103,410.23 |
| $579.75 | $525.69 | $434.21 | $648.82 | $366.83 | $550.00 | $5,222.70 |
| $4,562.94 | $4,562.95 | $4,562.95 | $4,562.95 | $2,598.02 | $128.65 | $33,435.83 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $914.00 |
| $632.48 | $456.26 | $231.53 | $397.04 | $331.65 | $400.00 | $4,868.27 |
| $632.48 | $456.26 | $231.53 | $397.04 | $331.65 | $400.00 | $4,868.27 |
| $0.00 | $0.00 | $0.00 | $0.00 | $55.00 | $0.00 | $2,770.00 |
| $0.00 | $103.80 | $1,156.58 | $290.71 | $210.29 | $362.17 | $3,680.39 |
| $263.82 | $103.80 | $68.15 | $113.08 | $55.00 | $40.00 | $1,166.50 |
| $263.82 | $103.80 | $1,224.73 | $403.79 | $320.29 | $402.17 | $7,616.97 |
| $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $66,000.00 |
| $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $66,000.00 |
| $91.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,973.17 |
| $14,500.00 | $14,500.00 | $14,500.00 | $14,500.00 | $7,250.00 | $0.00 | $116,000.00 |
| $6,200.00 | $6,200.00 | $6,200.00 | $6,200.00 | $6,200.00 | $6,200.00 | $74,400.00 |
| $16,024.41 | $13,392.70 | $11,068.36 | $12,937.18 | $5,957.10 | $2,000.00 | $102,391.26 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $609.15 |
| $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $0.00 | $19,800.00 |
| $1,838.81 | $1,354.29 | $1,779.91 | $1,192.23 | $422.38 | $845.00 | $10,290.31 |
| $6,261.00 | $6,261.00 | $6,261.00 | $6,261.00 | $3,254.00 | $266.00 | $41,150.00 |
| $87.64 | $87.64 | $87.64 | $87.64 | $87.64 | $87.64 | $1,952.36 |
| $47,111.86 | $43,995.63 | $42,096.91 | $43,378.05 | $25,371.12 | $9,398.64 | $366,593.08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| $330.00 | $330.00 | $330.00 | $330.00 | $330.00 | $330.00 | $3,225.00 |
| $77,898.18 | $75,257.80 | $169,306.87 | $74,152.53 | $49,086.92 | $30,443.52 | $791,418.90 |
| $3,211.39 | $6,503.35 | $3,348.03 | $3,531.15 | $3,734.72 | $2,214.74 | $42,099.84 |
| $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $74,040.00 |
| $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $74,040.00 |
| $1,211.39 | $4,503.35 | $1,348.03 | $1,531.15 | $1,734.72 | $214.74 | $18,099.84 |

Class 1 payment = $9000.00



**Hage Construction Company**

**Profit & Loss [Budget]**
January 2011 through December 2011

|  | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| **Sales** | | | | | | |
| Residential Sales | $34,320.00 | $28,172.50 | $45,473.38 | $238,249.56 | $250,670.41 | $310,395.55 |
| Total Sales | $34,320.00 | $28,172.50 | $45,473.38 | $238,249.56 | $250,670.41 | $310,395.55 |
| Total Income | $34,320.00 | $28,172.50 | $45,473.38 | $238,249.56 | $250,670.41 | $310,395.55 |
| **Cost Of Sales** | | | | | | |
| **Cost of Material** | | | | | | |
| Materials & Supplies | $1,000.00 | $500.00 | $533.01 | $29,095.25 | $39,182.68 | $51,157.32 |
| Licenses & Permits | $40.00 | $100.00 | $161.72 | $2,086.57 | $205.44 | $990.90 |
| Uniforms | $0.00 | $0.00 | $660.35 | $0.00 | $0.00 | $0.00 |
| Rental Equipment | $0.00 | $0.00 | $0.00 | $440.69 | $299.32 | $179.29 |
| Total Cost of Material | $1,040.00 | $600.00 | $1,355.08 | $31,622.51 | $39,687.44 | $52,327.51 |
| **Labor Costs** | | | | | | |
| Production Wages | $657.00 | $0.00 | $0.00 | $86,105.89 | $90,456.58 | $80,349.12 |
| Temporary Labor | $0.00 | $0.00 | $0.00 | $428.68 | $136.89 | $248.68 |
| Subcontractors | $5,130.00 | $0.00 | $750.00 | $45,044.00 | $47,991.40 | $52,281.00 |
| Total Labor Costs | $5,787.00 | $0.00 | $750.00 | $131,578.57 | $138,584.87 | $132,878.80 |
| Total Cost Of Sales | $6,827.00 | $600.00 | $2,105.08 | $163,201.08 | $178,272.31 | $185,206.31 |
| **Gross Profit** | $21,323.00 | $21,402.50 | $37,198.30 | $69,058.48 | $66,228.10 | $119,019.24 |
| **Expenses** | | | | | | |
| **Advertising** | | | | | | |
| Advertising Expense | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Web Site | $34.95 | $34.95 | $34.95 | $34.95 | $34.95 | $34.95 |
| Total Advertising | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 |

| | | | | | |
|---|---|---|---|---|---|
| Automobile Expense | | | | | |
| Vehicle Expense | $0.00 | $98.00 | $2,267.63 | $633.59 | $600.00 |
| Truck Exp - Fuel | $81.24 | $0.00 | | $196.00 | $750.02 |
| Auto Exp - Fuel | $72.24 | $83.68 | $5.09 | $629.87 | $300.00 |
| Vehicle Repairs | $0.00 | $316.99 | $1,605.36 | $1,587.50 | $2,645.55 |
| Equipment Repairs | $0.00 | $61.30 | $1,553.71 | $2,862.23 | $4,080.57 |
| Total Automobile Expense | $153.48 | $242.98 | $8,090.35 | $116.75 | $4,000.53 |
| Communications | | | $0.00 | $437.31 | $2,143.05 |
| | | | $4,143.42 | $5,796.35 | $9,919.19 |
| | | | | | |
| Cellular | $276.41 | $275.00 | $650.00 | $650.00 | $650.00 |
| Telephone - landline | $114.11 | $114.11 | $114.11 | $114.11 | $114.11 |
| Total Communications | $390.52 | $389.11 | $764.11 | $764.11 | $764.11 |
| Commissions | $0.00 | $0.00 | $1,000.00 | $6,946.89 | $45,000.00 |
| Entertainment & Meals | $0.00 | $0.00 | $321.80 | $1,107.61 | $487.49 |
| General Liability | $148.76 | $0.00 | $2,576.75 | $200.50 | $3,568.92 |
| MN Unemployment Insurance | $0.00 | $2,475.16 | $2,380.39 | $1,307.39 | $0.00 |
| Office Expense | | | $0.00 | $914.00 | |
| Office Expense & Supplies | $221.46 | $443.21 | $484.77 | $284.06 | $566.69 |
| Total Office Expense | $221.46 | $443.21 | $484.77 | $419.12 | $419.12 |
| Professional Expenses | | | | $284.06 | $566.69 |
| | | | | $0.00 | $0.00 |
| Accounting | $1,050.00 | $0.00 | $1,205.00 | $460.00 | $0.00 |
| Bank Fees | $119.72 | $63.37 | $119.46 | $388.31 | $771.78 |
| Postage Expense | $164.80 | $16.53 | $22.40 | $33.15 | $198.00 |
| Total Professional Expenses | $1,334.52 | $79.90 | $1,346.86 | $1,107.61 | $153.90 |
| Rent | | | | $881.46 | $351.90 |
| | | | | $903.73 | |
| Rent | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| Total Rent | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| Repairs & Maintenance | $976.30 | $1,240.09 | $12.13 | $652.71 | $0.00 |
| Salaries & Wages | | | | $0.00 | |
| Administrative Salaries | $0.00 | $0.00 | $7,250.00 | $14,500.00 | $14,500.00 |
| Officer Salary | $6,200.00 | $6,200.00 | $6,200.00 | $6,200.00 | $6,200.00 |
| Payroll Expenses | $1,467.55 | $1,068.16 | $1,220.15 | $11,432.02 | $16,878.24 |
| Medical Expense | $0.00 | $60.00 | $8,945.39 | $549.15 | $0.00 |
| Medical Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $2,200.00 |
| 401K Expense | $84.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 |
| Insurance - Work Comp | $266.00 | $67.20 | $67.20 | $346.28 | $1,988.44 |
| Payroll Service | $735.10 | $18.00 | $1,998.00 | $4,025.00 | $6,261.00 |
| Total Salaries & Wages | $8,752.65 | $124.21 | $18.00 | $168.47 | $87.64 |
| | | $7,537.57 | $139.21 | $171.89 | |
| | | | $17,094.56 | $34,316.43 | $39,424.34 |
| | | | | | $48,115.32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Trash | $0.00 | $0.00 | $0.00 | $305.00 | $610.00 | $330.00 |
| Total Expenses | $18,512.64 | $18,942.97 | $34,279.35 | $65,397.51 | $62,502.04 | $115,638.57 |
| Operating Profit | $2,810.36 | $2,459.53 | $2,918.95 | $3,660.97 | $3,726.06 | $3,380.67 |
| Other Income | | | | | | |
| Other Expenses | | | | | | |
| Loan Payment (Class 2 & 3) | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 |
| Total Other Expenses | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 |
| Net Profit [50% to Class 1 annually | $810.36 | $459.53 | $918.95 | $1,660.97 | $1,726.06 | $1,380.67 |

MYOB / Excel



| July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|
| $329,574.49 | $294,216.06 | $491,732.18 | $351,428.94 | $213,169.57 | $114,269.42 | $2,587,402.64 |
| $329,574.49 | $294,216.06 | $491,732.18 | $351,428.94 | $213,169.57 | $114,269.42 | $2,587,402.64 |
| $329,574.49 | $294,216.06 | $491,732.18 | $351,428.94 | $213,169.57 | $114,269.42 | $2,587,402.64 |
| $68,146.13 | $54,679.13 | $79,477.00 | $85,632.95 | $38,717.29 | $61,622.00 | $509,742.76 |
| $878.49 | $1,024.22 | $545.00 | $641.26 | $500.00 | $150.00 | $7,323.60 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $660.35 |
| $104.20 | $544.59 | $76.97 | $606.13 | $550.00 | $85.00 | $2,886.19 |
| $69,128.82 | $56,247.94 | $80,098.97 | $86,880.34 | $39,767.29 | $61,857.00 | $520,612.90 |
| $86,105.89 | $91,777.26 | $85,402.26 | $103,823.76 | $56,025.86 | $6,000.00 | $686,703.62 |
| $0.00 | $0.00 | $425.00 | $540.00 | $600.00 | $200.00 | $2,579.25 |
| $86,379.67 | $61,607.46 | $146,830.80 | $73,061.23 | $57,347.42 | $6,000.00 | $582,422.98 |
| $172,485.56 | $153,384.72 | $232,658.06 | $177,424.99 | $113,973.28 | $12,200.00 | $1,271,705.85 |
| $241,614.38 | $209,632.66 | $312,757.03 | $264,305.33 | $153,740.57 | $74,057.00 | $1,792,318.75 |
| $81,790.11 | $78,413.40 | $172,805.15 | $80,953.61 | $53,259.00 | $34,042.42 | $835,493.31 |
| $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $12,000.00 |
| $34.95 | $34.95 | $34.95 | $34.95 | $34.95 | $34.95 | $419.40 |
| $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $12,419.40 |

12:24 PM

| | | | | | | |
|---|---|---|---|---|---|---|
| $1,381.29 | $52.47 | $91,084.00 | $851.53 | $1,402.79 | $200.00 | $98,871.30 |
| $982.66 | $1,565.02 | $1,328.24 | $609.10 | $200.00 | $65.00 | $6,412.24 |
| $7,487.85 | $6,543.96 | $9,910.48 | $5,842.49 | $900.00 | $300.00 | $37,296.10 |
| $3,538.31 | $0.00 | $0.00 | $738.55 | $500.00 | $195.00 | $21,620.02 |
| $2,278.36 | $5,291.67 | $1,201.04 | $751.68 | $100.00 | $550.00 | $12,869.86 |
| $15,668.47 | $13,453.12 | $103,523.76 | $8,793.35 | $3,102.79 | $1,310.00 | $177,069.52 |
| $650.00 | $650.00 | $650.00 | $650.00 | $275.00 | $275.00 | $6,301.41 |
| $114.11 | $114.11 | $114.11 | $114.11 | $114.11 | $114.11 | $1,369.32 |
| $764.11 | $764.11 | $764.11 | $764.11 | $389.11 | $389.11 | $7,670.73 |
| $1,357.86 | $4,531.29 | $9,603.72 | $8,339.47 | $9,742.16 | $11,000.00 | $103,410.23 |
| $579.75 | $525.69 | $434.21 | $648.82 | $366.83 | $550.00 | $5,222.70 |
| $4,562.94 | $4,562.95 | $4,562.95 | $4,562.95 | $2,598.02 | $128.65 | $33,435.83 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $914.00 |
| $632.48 | $456.26 | $231.53 | $397.04 | $331.65 | $400.00 | $4,868.27 |
| $632.48 | $456.26 | $231.53 | $397.04 | $331.65 | $400.00 | $4,868.27 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,770.00 |
| $0.00 | $0.00 | $1,156.58 | $290.71 | $210.29 | $362.17 | $3,680.39 |
| $263.82 | $103.80 | $68.15 | $113.08 | $55.00 | $40.00 | $1,166.58 |
| $263.82 | $103.80 | $1,224.73 | $403.79 | $265.29 | $402.17 | $7,616.97 |
| $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $66,000.00 |
| $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $66,000.00 |
| $91.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,973.17 |
| $14,500.00 | $14,500.00 | $14,500.00 | $14,500.00 | $7,250.00 | $0.00 | $116,000.00 |
| $6,200.00 | $6,200.00 | $6,200.00 | $6,200.00 | $6,200.00 | $6,200.00 | $74,400.00 |
| $16,024.41 | $13,392.70 | $11,068.36 | $12,937.18 | $5,957.10 | $2,000.00 | $102,391.26 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $609.15 |
| $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $0.00 | $19,800.00 |
| $1,838.81 | $1,354.29 | $1,779.91 | $1,192.23 | $422.38 | $845.00 | $10,290.31 |
| $6,261.00 | $6,261.00 | $6,261.00 | $6,261.00 | $3,254.00 | $266.00 | $41,150.00 |
| $87.64 | $87.64 | $87.64 | $87.64 | $87.64 | $87.64 | $1,952.36 |
| $47,111.86 | $43,995.63 | $42,096.91 | $43,378.05 | $25,371.12 | $9,398.64 | $366,593.08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| $330.00 | $330.00 | $330.00 | $330.00 | $330.00 | $330.00 | $3,225.00 |
| $77,898.18 | $75,257.80 | $169,306.87 | $74,152.53 | $49,086.92 | $30,443.52 | $791,418.90 |
| $3,891.93 | $3,155.60 | $3,498.28 | $6,801.08 | $4,172.08 | $3,598.90 | $44,074.41 |
| $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $74,040.00 |
| $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $74,040.00 |
| $1,891.93 | $1,155.60 | $1,498.28 | $4,801.08 | $2,172.08 | $1,598.90 | $20,074.41 |

Class 1 payment=$10,000

Buys Construction Company
[address lines illegible]

## Profit & Loss [Budget]
### January 2012 through December 2012

| | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Sales | | | | | | |
| Residential Sales | $257,170.00 | $257,170.00 | $257,170.00 | $257,170.00 | $257,170.00 | $257,170.00 |
| Total Sales | $257,170.00 | $257,170.00 | $257,170.00 | $257,170.00 | $257,170.00 | $257,170.00 |
| Total Income | $257,170.00 | $257,170.00 | $257,170.00 | $257,170.00 | $257,170.00 | $257,170.00 |
| | | | | | | |
| **Cost Of Sales** | | | | | | |
| Cost of Material | | | | | | |
| Materials & Supplies | $53,666.67 | $53,666.67 | $53,666.67 | $53,666.67 | $53,666.67 | $53,666.67 |
| Licenses & Permits | $666.67 | $666.67 | $666.67 | $666.67 | $666.67 | $666.67 |
| Rental Equipment | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 |
| Total Cost of Material | $54,666.67 | $54,666.67 | $54,666.67 | $54,666.67 | $54,666.67 | $54,666.67 |
| Labor Costs | | | | | | |
| Production Wages | $62,500.00 | $62,500.00 | $62,500.00 | $62,500.00 | $62,500.00 | $62,500.00 |
| Temporary Labor | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 |
| Subcontractors | $58,333.33 | $58,333.33 | $58,333.33 | $58,333.33 | $58,333.33 | $58,333.33 |
| Total Labor Costs | $121,125.00 | $121,125.00 | $121,125.00 | $121,125.00 | $121,125.00 | $121,125.00 |
| Total Cost Of Sales | $175,791.67 | $175,791.67 | $175,791.67 | $175,791.67 | $175,791.67 | $175,791.67 |
| | | | | | | |
| Gross Profit | $75,208.33 | $75,208.33 | $75,208.33 | $75,208.33 | $75,208.33 | $75,208.33 |
| | | | | | | |
| **Expenses** | | | | | | |
| Advertising | | | | | | |
| Advertising Expense | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Web Site | $34.95 | $34.95 | $34.95 | $34.95 | $34.95 | $34.95 |
| Total Advertising | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 |
| Automobile Expense | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Vehicle Expense | $9,583.33 | $9,583.33 | $9,583.33 | $9,583.33 | $9,583.33 |
| Truck Exp - Fuel | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Vehicle Repairs | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 |
| Equipment Repairs | $1,083.33 | $1,083.33 | $1,083.33 | $1,083.33 | $1,083.33 |
| Total Automobile Expense | $17,749.99 | $17,749.99 | $17,749.99 | $17,749.99 | $17,749.99 |
| Communications | | | | | |
| Cellular | $583.33 | $583.33 | $583.33 | $583.33 | $583.33 |
| Telephone - landline | $114.11 | $114.11 | $114.11 | $114.11 | $114.11 |
| Total Communications | $697.44 | $697.44 | $697.44 | $697.44 | $697.44 |
| Commissions | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| General Liability | $2,916.67 | $2,916.67 | $2,916.67 | $2,916.67 | $2,916.67 |
| Office Expense | | | | | |
| Office Expense & Supplies | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Total Office Expense | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Professional Expenses | | | | | |
| Accounting | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| Bank Fees | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Postage Expense | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 |
| Total Professional Expenses | $433.33 | $433.33 | $433.33 | $433.33 | $433.33 |
| Rent | | | | | |
| Rent | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| Total Rent | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| Repairs & Maintenance | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| Salaries & Wages | | | | | |
| Administrative Salaries | $9,666.67 | $9,666.67 | $9,666.67 | $9,666.67 | $9,666.67 |
| Officer Salary | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 |
| Payroll Expenses | $9,166.67 | $9,166.67 | $9,166.67 | $9,166.67 | $9,166.67 |
| Medical Insurance | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 |
| 401K Expense | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 |
| Insurance - Work Comp | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 |
| Payroll Service | $108.33 | $108.33 | $108.33 | $108.33 | $108.33 |
| Total Salaries & Wages | $31,858.34 | $31,858.34 | $31,858.34 | $31,858.34 | $31,858.34 |
| Trash | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 |
| Total Expenses | $71,232.39 | $71,232.39 | $71,232.39 | $71,232.39 | $71,232.39 |
| Operating Profit | $3,975.94 | $3,975.94 | $3,975.94 | $3,975.94 | $3,975.94 |

Other Income

| Other Expenses | | | | | | |
|---|---|---|---|---|---|---|
| Loan Payment (Class 2 & 3) | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 |
| Total Other Expenses | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 |
| | | | | | | |
| Net Profit [50% to Class 1 annually | $1,975.94 | $1,975.94 | $1,975.94 | $1,975.94 | $1,975.94 | $1,975.94 |



| | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|
| | $257,170.00 | $257,170.00 | $257,170.00 | $257,170.00 | $257,170.00 | $257,170.00 | $3,086,040.00 |
| | $257,170.00 | $257,170.00 | $257,170.00 | $257,170.00 | $257,170.00 | $257,170.00 | $3,086,040.00 |
| | $257,170.00 | $257,170.00 | $257,170.00 | $257,170.00 | $257,170.00 | $257,170.00 | $3,086,040.00 |
| | $53,666.67 | $53,666.67 | $53,666.67 | $53,666.67 | $53,666.67 | $53,666.67 | $644,000.04 |
| | $666.67 | $666.67 | $666.67 | $666.67 | $666.67 | $666.67 | $8,000.04 |
| | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $3,999.96 |
| | $54,666.67 | $54,666.67 | $54,666.67 | $54,666.67 | $54,666.67 | $54,666.67 | $656,000.04 |
| | $62,500.00 | $62,500.00 | $62,500.00 | $62,500.00 | $62,500.00 | $62,500.00 | $750,000.00 |
| | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 | $3,500.04 |
| | $58,333.33 | $58,333.33 | $58,333.33 | $58,333.33 | $58,333.33 | $58,333.33 | $699,999.96 |
| | $121,125.00 | $121,125.00 | $121,125.00 | $121,125.00 | $121,125.00 | $121,125.00 | $1,453,500.00 |
| | $175,791.67 | $175,791.67 | $175,791.67 | $175,791.67 | $175,791.67 | $175,791.67 | $2,109,500.04 |
| | $75,208.33 | $75,208.33 | $75,208.33 | $75,208.33 | $75,208.33 | $75,208.33 | $902,499.96 |
| | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $12,000.00 |
| | $34.95 | $34.95 | $34.95 | $34.95 | $34.95 | $34.95 | $419.40 |
| | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $12,419.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| $9,583.33 | $9,583.33 | $9,583.33 | $9,583.33 | $9,583.33 | $9,583.33 | $114,999.96 |
| $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $60,000.00 |
| $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| $1,083.33 | $1,083.33 | $1,083.33 | $1,083.33 | $1,083.33 | $1,083.33 | $12,999.96 |
| $17,749.99 | $17,749.99 | $17,749.99 | $17,749.99 | $17,749.99 | $17,749.99 | $212,999.88 |
| $583.33 | $583.33 | $583.33 | $583.33 | $583.33 | $583.33 | $6,999.96 |
| $114.11 | $114.11 | $114.11 | $114.11 | $114.11 | $114.11 | $1,369.32 |
| $697.44 | $697.44 | $697.44 | $697.44 | $697.44 | $697.44 | $8,369.28 |
| $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $120,000.00 |
| $2,916.67 | $2,916.67 | $2,916.67 | $2,916.67 | $2,916.67 | $2,916.67 | $35,000.04 |
| $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $3,000.00 |
| $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $1,200.00 |
| $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $999.96 |
| $433.33 | $433.33 | $433.33 | $433.33 | $433.33 | $433.33 | $5,199.96 |
| $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $3,000.00 |
| $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $66,000.00 |
| $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $66,000.00 |
| $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $3,000.00 |
| $9,666.67 | $9,666.67 | $9,666.67 | $9,666.67 | $9,666.67 | $9,666.67 | $116,000.04 |
| $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $75,000.00 |
| $9,166.67 | $9,166.67 | $9,166.67 | $9,166.67 | $9,166.67 | $9,166.67 | $110,000.04 |
| $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $20,000.00 |
| $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $9,999.96 |
| $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $50,000.04 |
| $108.33 | $108.33 | $108.33 | $108.33 | $108.33 | $108.33 | $1,299.96 |
| $31,858.34 | $31,858.34 | $31,858.34 | $31,858.34 | $31,858.34 | $31,858.34 | $382,300.08 |
| $291.67 | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 | $3,500.04 |
| $71,232.39 | $71,232.39 | $71,232.39 | $71,232.39 | $71,232.39 | $71,232.39 | $854,788.68 |
| $3,975.94 | $3,975.94 | $3,975.94 | $3,975.94 | $3,975.94 | $3,975.94 | $47,711.28 |

| | | | | | |
|---|---|---|---|---|---|
| $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $74,040.00 |
| $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $74,040.00 |
| $1,975.94 | $1,975.94 | $1,975.94 | $1,975.94 | $1,975.94 | $23,711.28 |

Class 1 payment=$11,500



**Hage Construction Company**
*Prestige Concrete Works*
*5200 W 84th*
*Edina, MN 55439*

## Profit & Loss [Budget]
January 2013 through December 2013

| | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Sales | | | | | | |
| Residential Sales | $297,836.67 | $297,836.67 | $297,836.67 | $297,836.67 | $297,836.67 | $297,836.67 |
| Total Sales | $297,836.67 | $297,836.67 | $297,836.67 | $297,836.67 | $297,836.67 | $297,836.67 |
| Total Income | $297,836.67 | $297,836.67 | $297,836.67 | $297,836.67 | $297,836.67 | $297,836.67 |
| | | | | | | |
| **Cost Of Sales** | | | | | | |
| Cost of Material | | | | | | |
| Materials & Supplies | $94,166.67 | $94,166.67 | $94,166.67 | $94,166.67 | $94,166.67 | $94,166.67 |
| Licenses & Permits | $666.67 | $666.67 | $666.67 | $666.67 | $666.67 | $666.67 |
| Rental Equipment | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 |
| Total Cost of Material | $95,166.67 | $95,166.67 | $95,166.67 | $95,166.67 | $95,166.67 | $95,166.67 |
| Labor Costs | | | | | | |
| Production Wages | $62,500.00 | $62,500.00 | $62,500.00 | $62,500.00 | $62,500.00 | $62,500.00 |
| Temporary Labor | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 |
| Subcontractors | $58,333.33 | $58,333.33 | $58,333.33 | $58,333.33 | $58,333.33 | $58,333.33 |
| Total Labor Costs | $121,125.00 | $121,125.00 | $121,125.00 | $121,125.00 | $121,125.00 | $121,125.00 |
| Total Cost Of Sales | $216,291.67 | $216,291.67 | $216,291.67 | $216,291.67 | $216,291.67 | $216,291.67 |
| | | | | | | |
| Gross Profit | $75,375.00 | $75,375.00 | $75,375.00 | $75,375.00 | $75,375.00 | $75,375.00 |
| | | | | | | |
| **Expenses** | | | | | | |
| Advertising | | | | | | |
| Advertising Expense | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Web Site | $34.95 | $34.95 | $34.95 | $34.95 | $34.95 | $34.95 |
| Total Advertising | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 |
| Automobile Expense | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Vehicle Expense | $9,583.33 | $9,583.33 | $9,583.33 | $9,583.33 | $9,583.33 | $9,583.33 |
| Truck Exp - Fuel | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Vehicle Repairs | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 |
| Equipment Repairs | $1,083.33 | $1,083.33 | $1,083.33 | $1,083.33 | $1,083.33 | $1,083.33 |
| Total Automobile Expense | $17,749.99 | $17,749.99 | $17,749.99 | $17,749.99 | $17,749.99 | $17,749.99 |
| Communications | | | | | | |
| Cellular | $583.33 | $583.33 | $583.33 | $583.33 | $583.33 | $583.33 |
| Telephone - landline | $114.11 | $114.11 | $114.11 | $114.11 | $114.11 | $114.11 |
| Total Communications | $697.44 | $697.44 | $697.44 | $697.44 | $697.44 | $697.44 |
| Commissions | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| General Liability | $2,916.67 | $2,916.67 | $2,916.67 | $2,916.67 | $2,916.67 | $2,916.67 |
| Office Expense | | | | | | |
| Office Expense & Supplies | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Total Office Expense | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Professional Expenses | | | | | | |
| Accounting | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| Bank Fees | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Postage Expense | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 |
| Total Professional Expenses | $433.33 | $433.33 | $433.33 | $433.33 | $433.33 | $433.33 |
| Rent | | | | | | |
| Rent | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| Total Rent | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| Repairs & Maintenance | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| Salaries & Wages | | | | | | |
| Administrative Salaries | $9,666.67 | $9,666.67 | $9,666.67 | $9,666.67 | $9,666.67 | $9,666.67 |
| Officer Salary | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 |
| Payroll Expenses | $9,166.67 | $9,166.67 | $9,166.67 | $9,166.67 | $9,166.67 | $9,166.67 |
| Medical Insurance | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 |
| 401K Expense | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $833.33 |
| Insurance - Work Comp | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 |
| Payroll Service | $108.33 | $108.33 | $108.33 | $108.33 | $108.33 | $108.33 |
| Total Salaries & Wages | $31,858.34 | $31,858.34 | $31,858.34 | $31,858.34 | $31,858.34 | $31,858.34 |
| Trash | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 |
| Total Expenses | $71,232.39 | $71,232.39 | $71,232.39 | $71,232.39 | $71,232.39 | $71,232.39 |
| Operating Profit | $4,142.61 | $4,142.61 | $4,142.61 | $4,142.61 | $4,142.61 | $4,142.61 |

MYOB / Excel

Other Income

| | | | | | |
|---|---|---|---|---|---|
| Other Expenses | | | | | |
| Loan Payment (Class 2 & 3) | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 |
| Total Other Expenses | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 | $6,170.00 |
| Net Profit [50% to Class 1 annually | $2,142.61 | $2,142.61 | $2,142.61 | $2,142.61 | $2,142.61 |

| | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|
| | $297,836.67 | $297,836.67 | $297,836.67 | $297,836.67 | $297,836.67 | $297,836.67 | $3,574,040.04 |
| | $297,836.67 | $297,836.67 | $297,836.67 | $297,836.67 | $297,836.67 | $297,836.67 | $3,574,040.04 |
| | $297,836.67 | $297,836.67 | $297,836.67 | $297,836.67 | $297,836.67 | $297,836.67 | $3,574,040.04 |
| | $94,166.67 | $94,166.67 | $94,166.67 | $94,166.67 | $94,166.67 | $94,166.67 | $1,130,000.04 |
| | $666.67 | $666.67 | $666.67 | $666.67 | $666.67 | $666.67 | $8,000.04 |
| | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $333.33 | $3,999.96 |
| | $95,166.67 | $95,166.67 | $95,166.67 | $95,166.67 | $95,166.67 | $95,166.67 | $1,142,000.04 |
| | $62,500.00 | $62,500.00 | $62,500.00 | $62,500.00 | $62,500.00 | $62,500.00 | $750,000.00 |
| | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 | $291.67 | $3,500.04 |
| | $58,333.33 | $58,333.33 | $58,333.33 | $58,333.33 | $58,333.33 | $58,333.33 | $699,999.96 |
| | $121,125.00 | $121,125.00 | $121,125.00 | $121,125.00 | $121,125.00 | $121,125.00 | $1,453,500.00 |
| | $216,291.67 | $216,291.67 | $216,291.67 | $216,291.67 | $216,291.67 | $216,291.67 | $2,595,500.04 |
| | $75,375.00 | $75,375.00 | $75,375.00 | $75,375.00 | $75,375.00 | $75,375.00 | $904,500.00 |
| | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $12,000.00 |
| | $34.95 | $34.95 | $34.95 | $34.95 | $34.95 | $34.95 | $419.40 |
| | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $1,034.95 | $12,419.40 |



| | | | | | |
|---|---|---|---|---|---|
| $9,583.33 | $9,583.33 | $9,583.33 | $9,583.33 | $9,583.33 | $114,999.96 |
| $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $60,000.00 |
| $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $2,083.33 | $24,999.96 |
| $1,083.33 | $1,083.33 | $1,083.33 | $1,083.33 | $1,083.33 | $12,999.96 |
| $17,749.99 | $17,749.99 | $17,749.99 | $17,749.99 | $17,749.99 | $212,999.88 |
| $583.33 | $583.33 | $583.33 | $583.33 | $583.33 | $6,999.96 |
| $114.11 | $114.11 | $114.11 | $114.11 | $114.11 | $1,369.32 |
| $697.44 | $697.44 | $697.44 | $697.44 | $697.44 | $8,369.28 |
| $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $120,000.00 |
| $2,916.67 | $2,916.67 | $2,916.67 | $2,916.67 | $2,916.67 | $35,000.04 |
| $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $3,000.00 |
| $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $1,200.00 |
| $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $999.96 |
| $433.33 | $433.33 | $433.33 | $433.33 | $433.33 | $5,199.96 |
| $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $3,000.00 |
| $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $66,000.00 |
| $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $66,000.00 |
| $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $3,000.00 |
| $9,666.67 | $9,666.67 | $9,666.67 | $9,666.67 | $9,666.67 | $116,000.04 |
| $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $75,000.00 |
| $9,166.67 | $9,166.67 | $9,166.67 | $9,166.67 | $9,166.67 | $110,000.04 |
| $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $20,000.04 |
| $833.33 | $833.33 | $833.33 | $833.33 | $833.33 | $9,999.96 |
| $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $50,000.04 |
| $108.33 | $108.33 | $108.33 | $108.33 | $108.33 | $1,299.96 |
| $31,858.34 | $31,858.34 | $31,858.34 | $31,858.34 | $31,858.34 | $382,300.08 |
| $291.67 | $291.67 | $291.67 | $291.67 | $291.67 | $3,500.04 |
| $71,232.39 | $71,232.39 | $71,232.39 | $71,232.39 | $71,232.39 | $854,788.68 |
| $4,142.61 | $4,142.61 | $4,142.61 | $4,142.61 | $4,142.61 | $49,711.32 |

$6,170.00   $6,170.00   $6,170.00   $6,170.00   $6,170.00   $6,170.00   $74,040.00
$6,170.00   $6,170.00   $6,170.00   $6,170.00   $6,170.00   $6,170.00   $74,040.00
$2,142.61   $2,142.61   $2,142.61   $2,142.61   $2,142.61   $2,142.61   $25,711.32

Class 1 payment = $12,500

**Hage Construction Company**
*dba Hage Concrete Works*
*5200 W 74th St*
*Edina, MN  55439*

# Profit & Loss Statement
### January 2008 through December 2008

| | |
|---|---:|
| **Income** | |
| **Sales** | |
| Residential Sales | $2,277,680.21 |
| Reimbursed Expenses | $200,104.59 |
| Total Sales | $2,477,784.80 |
| Miscellaneous Income | $31,979.52 |
| Total Income | $2,509,764.32 |
| | |
| **Cost Of Sales** | |
| **Cost of Material** | |
| Materials & Supplies | $585,482.02 |
| Licenses & Permits | $6,118.72 |
| Rental Equipment | $2,119.23 |
| Refund | $1,603.61 |
| Total Cost of Material | $595,323.58 |
| **Labor Costs** | |
| Production Wages | $312,918.15 |
| Subcontractors | $524,969.74 |
| Total Labor Costs | $837,887.89 |
| Freight & Courier Expense | $19.14 |
| Total Cost Of Sales | $1,433,230.61 |
| | |
| **Gross Profit** | $1,076,533.71 |
| | |
| **Expenses** | |
| **Advertising** | |
| Advertising Expense | $45,431.45 |
| Total Advertising | $45,431.45 |
| **Automobile Expense** | |
| Vehicle Expense | $8,470.86 |
| Truck Exp - Fuel | $5,484.14 |
| Auto Exp - Fuel | $47,972.65 |
| Vehicle Insurance | $1,853.20 |
| Vehicle Repairs | $23,719.41 |
| Equipment Repairs | $9,226.67 |
| Total Automobile Expense | $96,726.93 |
| **Communications** | |
| Internet | $82.49 |
| Cellular | $13,390.34 |
| Telephone - landline | $7,294.33 |

**EXHIBIT**

wbbles

C

| | |
|---|---|
| Total Communications | $20,767.16 |
| Contributions | $123.83 |
| Commissions | $46,114.98 |
| Entertainment & Meals | $6,274.75 |
| Educational Seminars | $1,061.00 |
| Insurance - Business | $72,960.55 |
| Miscellaneous | |
| Miscellaneous | $1,692.59 |
| Total Miscellaneous | $1,692.59 |
| Office Expense | |
| Office Expense & Supplies | $7,747.71 |
| Total Office Expense | $7,747.71 |
| Professional Expenses | |
| Accounting | $5,097.50 |
| Legal | $4,378.00 |
| Consultants | $8,566.44 |
| Bank Fees | $6,966.04 |
| Postage Expense | $1,128.73 |
| Total Professional Expenses | $26,136.71 |
| Rent | |
| Rent | $77,500.00 |
| Rent - St Paul | $6,100.00 |
| Property Tax-Edina | $9,899.05 |
| 61st Street Building | $2,000.00 |
| Total Rent | $95,499.05 |
| Repairs & Maintenance | $904.65 |
| Salaries & Wages | |
| Administrative Salaries | $257,016.30 |
| Officer Salary | $81,184.77 |
| Payroll Expenses | $155,544.70 |
| Medical Insurance | $22,691.17 |
| 401K Expense | $17,494.14 |
| Insurance - Work Comp | $53,082.57 |
| Payroll Service | $1,302.71 |
| Total Salaries & Wages | $588,316.36 |
| Timesheet Service | $50.00 |
| Travel | |
| Airfare & Transpotation | $30.00 |
| Lodging | $47.80 |
| Other travel expenses | $33.75 |
| Total Travel | $111.55 |
| Trash | $3,875.00 |
| Total Expenses | $1,013,794.27 |
| | |
| Operating Profit | $62,739.44 |
| | |
| Other Income | |
| Interest Income | $8,639.95 |
| Gain (loss) on sales of assets | $5,830.00 |
| Total Other Income | $14,469.95 |

Other Expenses
Interest Expense                                           $2,684.02
Fines                                                        $190.00
Total Other Expenses                                       $2,874.02

Net Profit/(Loss)                                         $74,335.37

# EXHIBIT D-LIQUIDATION ANALYSIS

In a Chapter 7, Alliance Bank will likely move for an receive relief from the automatic stay for foreclose on its lien interest in the Debtor's personal property. A Chapter 7 would result in a shutdown of the company and the goodwill of the company will be reduced to a value of $0. The values described below have not been discounted for liquidation values, and still show there is not enough to pay Alliance in full after liquidation. As such, the Debtor believes Chapter 11 is in the best interests of all creditors.

| Asset | Value |
|---|---|
| A/R | $200,000 |
| Equipment | $301,000 |
| Office Equipment | $3,300 |
| **Total Asset Value** | $504,000 |
| **Total Amount of Debt to Alliance Bank** | $682,000<br><br>(this may actually be a total debt of $1,151,000) |